COURT OF APPEALS
FIRST DISTRICT
301 FANNIN ST.
HOUSTON, TX 77002

COA #:
01-15-00455-CR

JULY 16, 2015
THURS

DARRYL EVANS
#1993778
JAMES BYRD UNIT
21 FM 247
HUNTSVILLE, TX 77320

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK ____

CLERK OF THE COURT
CHRISTOPHER A. PRINE,

GREETINGS, SIR.
I, DARRYL EVANS, AM WRITING TO OBTAIN CLARITY ON A COUPLE ISSUES, PERTAINING TO MY APPEAL AND THE NUMBER ABOVE

MY ATTORNEY FILED A MOTION FOR A NEW TRIAL AND I WOULD LIKE TO KNOW HAS AN ORDER BY THE JUDGE BEEN ASSIGNED AND/OR ATTACHED TO IT?

ALSO, I AM NOTIFYING THE COURT THAT I AM NOT THE COURT REPORTER (I AM THE APPEALANT) IN THIS CASE, AND I DO NOT KNOW IF ADDITIONAL COURT REPORTERS TOOK TESTIMONY IN THIS CASE.

I AM ASKING THE COURT TO CONSIDER MY APPEAL WITHOUT A REPORTER'S RECORD, IF ONE HAS NOT BEEN FILED YET.

I WILL ASK MY LAWYER TO FILE A POST JUDGEMENT MOTION, OR FILE IT PRO SE.

LASTLY, I AM TRYING TO OBTAIN THE DOCKETING STATEMENT FORM AND ANY RULES OF COURT THAT I MAY NEED TO KNOW, OR STANDARDS OF CONDUCT.

SINCERELY
D. EVANS
APPEALANT

DARRYL ELMAS
#1923778
JAMES BYRD UNIT
21 FM 247
HUNTSVILLE, TX 77320

LEGAL MAIL

PRIVILEGED OR OTHER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE · CORRECTIONAL
INSTITUTIONS DIVISION

FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

770022066699

LEGAL MAIL

COURT OF APPEALS
FIRST DISTRICT
361 FANNIN ST.
HOUSTON, TX 77002

20 JUL 2015 PM 3 L

FOREVER USA